

☒ FILED    ☐ LODGED

**Feb 23 2026**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

**United States Probation and Pretrial Services Office**
**Pretrial Services Division**
**District of Arizona**

**T - SEALED**

**U. S. A. vs. Kemari Leon Peterson**
**Docket No. CR-25-01287-005-PHX-SHD**
**AUSA: Patrick Edward Chapman**
**Defense Attorney: Kaitlin Sofia Verdura**

### PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE

COMES NOW **CLAUDIA RODRIGUEZ**, PROBATION OFFICER, of the Court presenting an official report upon the conduct and attitude of releasee: <u>Kemari Leon Peterson</u>, who was released by the Honorable Michael T. Morrissey sitting in the Court at Phoenix, on the 6th day of November, 2025, who was released on his personal recognizance and imposed the general terms and conditions of bail release adopted by the Court and also imposed special conditions as follows:

### PLEASE REFER TO THE ORDER SETTING CONDITIONS OF RELEASE

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

**ALLEGED VIOLATION:**

1)      **The defendant shall not use or possess a narcotic drug or other controlled substance (as defined by 21 U.S.C. § 802) unless prescribed for the defendant by a licensed medical practitioner; this provision does not permit the use or possession of medicinal marijuana even with a physician's written certification. The defendant shall not possess, ingest, or otherwise use a synthetic cannabinoid or synthetic narcotic. The defendant shall participate in drug treatment and submit to drug testing and make copayment toward the cost of such services, as directed by the Pretrial Services Division. The defendant shall not obstruct or attempt to obstruct or tamper, in any fashion, with the efficiency and accuracy of any substance use testing or monitoring.**

   A. On February 11, 2026, the defendant provided a urine sample which tested presumptive positive for marijuana and cocaine. The defendant admitted smoking marijuana on January 26, 2026; however, denied he used cocaine.  On February 18, 2026, Pretrial Services received the laboratory confirmation that the sample submitted on February 11, 2026, was positive for cocaine and THC.

   B. The defendant tested positive for marijuana on November 14, 2025, and January 7, 2026, and denied any new use of marijuana since November 14, 2025.  The samples were sent to the laboratory for confirmation and interpretation.  On February 10, 2026, Pretrial Services received notification from Alere Laboratory that confirmed both samples were positive for marijuana, and it was interpreted that evidence presented supported a conclusion of new marijuana use between November 14, 2025, and January 7, 2026.

   C. The defendant was referred to substance use treatment at Community Bridges Incorporated and had an appointment on February 10, 2026, for an assessment; however, he failed to attend the appointment as scheduled.

cc: PTS

Page 2
RE:  Kemari Leon Peterson
February 23, 2026


**AFFIDAVIT AND PETITION PRAYING THAT THE COURT WILL ORDER A SUMMONS BE ISSUED.**

In conformance with the provisions of 28 U.S.C. § 1746, I declare under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.  Based on the information presented that the defendant has violated conditions of release, I am petitioning the Court to issue a summons.


_____                     February 20, 2026
Claudia  Rodriguez                                           **Date**
U.S. Probation Officer
Pretrial Services Division


**Reviewed by**

_____                     February 23, 2026
Chris  Jantonio                                              **Date**
Supervisory U.S. Probation Officer
Pretrial Services Division


## ORDER OF COURT

I find there is probable cause to believe the defendant has violated conditions of release, supported by the above affirmation given under penalty of perjury.  The Court orders the issuance of a summons.  Considered and ordered this 23 day of February, 2026, and ordered filed and made a part of the records in the above case.


_____
**The Honorable MICHAEL T. MORRISSEY**
**U.S. Magistrate Judge**